**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00355-CV

### ERIC DRAKE, Appellant

### V.

### STEPHEN WALKER, ET AL., Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-06774-D**

## ORDER
Before the Court En Banc

We **DENY** appellant's May 13, 2014 "Requests for Justices to Confirm or Deny Whether They are Gay (Lesbian - Homosexual) and Whether Any Justices of the Court Supports Gay Rights and If So Recuse Themselves."


/s/     CAROLYN WRIGHT
            CHIEF JUSTICE